FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2009 NOV 16  A 10: 07

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

November 12, 2009

David Smith
389 Rt. 46 East
Budd Lake, NJ 07828

United States District Court
District of Maryland
CCB-09-CV-02623

    I hereby certify that on this 12th day of November 2009, a copy of the foregoing civil complaint was mailed, postage prepaid, to Mark Gately, Hogan & Hartson, Harbor East, 100 International Drive, Baltimore, MD 21202 counsel for defendants Martek Biosciences, et al.

_____
David Smith