In The United States District Court
For The District of Maryland

FILED ___ ENTERED
LODGED ___ RECEIVED

DEC 1 7 2009

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ___ DEPUTY

David Smith,

Plaintiff,

Vs.

Martek Biosciences Corp., et al.,

Defendants.

Civil Action No

CCB-09-2623

Motion to consolidate civil actions into one civil complaint

| CCB-09-2623 | Smith |
| CCB-09-3043 | Miles |
| CCB-09-2716 | Scardigno |
| CCB-09-2280 | Csabai |
| CCB-09-3124 | Dale |

Curtis J. Landsberger

_____
David Smith

David Smith, 389 Rt. # 46 East, Budd Lake, NJ 07828 (973) 691-2200

## Certificate of Service

**I hereby certify** that on the 16th day of December, 2009. I caused true and correct copies of the forgoing Plaintiff's Motion to consolidate civil complaints against Martek Biosciences et., al. served by First Class Mail on defendants attorney's at the following address.

Mark D. Gately
Hogan & Hartson LLP
Harbor East
100 International Drive, Suite 2000
Baltimore, MD 21202

_____
David Smith
389 Rt # 46 East
Budd Lake, NJ 07828
(973) 691-2200