In The United States District Court
For The District of Maryland

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2009 DEC 31  A 10: 51

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

**David Smith**

    **Plaintiffs,**

          Civil Action No.

          CCB09-cv-2623

**Martek Biosciences Corp., et al.,**

    **Defendants.**

**Motion to add Steve Dubin, Martek's CEO
as a additional defendant in this complaint.**

Mr. Dubin became president of Martek on September 22, 2003, the day before the undisclosed Nutrinova patent infringement case was filed in the U.S., he was employed at Martek prior to that appointment in other capacities. He served as President during the purchase of Ferm Pro and was there during the massive over building of the capacity and the back door failed attempt with the FDA that was totally misrepresented to investors. Mr. Dubin
moved into the CEO position when Linsert retired, moved next door based on his purchase of the florescent testing division Linsert bought from Martek.
Dated December 29, 2009

          Respectfully Submitted,

          _/s/ David Smith_ 12/30/09
          David Smith
          389 Rt. 46 East
          Budd Lake, NJ 07828

In The United States District Court
For The District of Maryland

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2009 DEC 31  A 10: 51

CLERK'S OFFICE
AT BALTIMORE

BY _____ DEPUTY

**David Smith**
    **Plaintiff,**

**V.**

**Martek Biosciences Corp., et al.,**
    **Defendants**

Civil Action No.

CCB-09-cv-2623

---

### Certificate of Service

**I hereby Certify** that on December 30, 2009, I caused a true and correct copy of the motion to add Steve Dubin as a defendant in this complaint served by first class mail

on defendants' at the following address:
Mark D. Gately
Andrea W. Trento
Hogan & Hartson
Harbor East
100 International Drive, Suite 2000
Baltimore, MD 21202

_____  12/30/09
David Smith, Pro Se
389 Rt. 46 East
Budd Lake, NJ 07828
(973) 691-2200