# HOGAN & HARTSON

Hogan & Hartson LLP
Harbor East
100 International Drive
Suite 2000
Baltimore, MD 21202
+1.410.659.2700 Tel
+1.410.659.2701 Fax

www.hhlaw.com

Mark D. Gately
Partner
410.659.2742
mdgately@hhlaw.com

January 4, 2010

**Via Electronic Filing**

The Honorable Catherine C. Blake
U. S. District Court for the
 District of Maryland
101 W. Lombard Street
Baltimore, MD  21201

Re: *David Smith v. Martek Biosciences Corp., et al.*
    Civil Action No. 1:2009cv02623CCB

   *Michael A. Scardigno v. Martek Biosciences Corp., et al.*
   Civil Action No. 1:2009cv02716CCB

   *John D. Miles, et al. v. Martek Biosciences Corp., et al.*
   Civil Action No. 09-cv-3043CCB

Dear Judge Blake:

I write on behalf of the Defendants in the above-referenced actions. Defendants have moved to dismiss each of these actions for insufficient service of process. Because Defendants believe they are not properly before this Court, it would seem inappropriate for them to voluntarily participate in the pending cases prior to a ruling by the Court on the Motions to Dismiss. Accordingly, unless the Court wishes Defendants to proceed differently, Defendants do not intend to file a formal opposition to the Motion to Consolidate filed by the various Plaintiffs.

Should Your Honor have any questions regarding these matters, I am available at the Court's convenience.

Respectfully,

Mark D. Gately

MDG/cc

\\BA - 035590/000001 - 275903 v1

December 2, 2009
Page 2


cc: Mr. David Smith
    Mr. Michael A. Scardigno
    Mr. John D. Miles and Mrs. Margaret T. Miles