IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| DAVID SMITH | : | |
| | : | |
| v. | : | CIVIL NO. CCB-09-2623 |
| | : | |
| MARTEK BIOSCIENCES CORP, et al. | : | |
| | : | |

...o0o...

## ORDER

Now pending before the court is the defendants' motion to dismiss for insufficient service of process. The issues in this motion have been fully briefed and no oral argument is necessary.

Plaintiff David Smith has failed to serve process in accordance with Federal Rule of Civil Procedure 4 on any of the defendants in this case. Because Mr. Smith is proceeding *pro se*, however, the court grants him 30 days from the date of this Order to properly effect service. Summonses may be reissued by the Clerk's Office if needed. If the plaintiff fails to effect proper service within 30 days, this case will be dismissed without prejudice.

It is hereby Ordered that the CLERK shall send a copy of this order to the plaintiff and to counsel for the defendants.

| | |
|---|---|
| January 12, 2010 | /s/ |
| Date | Catherine C. Blake |
| | United States District Judge |