February 7, 2010

David Smith, Pro Se
389 Route #46 East
Budd Lake, NJ 07828

United States District Court
District of Maryland
101 W. Lambard Street
Baltimore, MD 21201

        Re: David Smith v. Martek Biosciences Corp., et al.
        Civil Action No.: 09-CV-2623(CCB)
        Requesting Additional Time for Service

Dear Judge Blake:

I would like to request more time to effect "proper" service. Hogan & Hartson filed a motion to dismiss based on insufficient service of process. The Resident Agent for Martek Biosciences Corp. has been served as of February 5, 2010. Hogan & Hartson may not make an appearance before the court regarding this case although their office kept the complaints and summons delivered via the U.S.P.S. certified mail return receipt, which was provided to the court as proof of delivery.

The circumstance may require individual service of each defendant beyond the company itself served February 5, 2010. Since about half of the defendants are no longer with Martek Biosciences and with the prospects of not being able to locate them will the court allow summons by public notice of those which can't be located.

Sincerely,

David Smith