IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | |
|---|---|
| DAVID SMITH,<br><br>    Plaintiff,<br><br>v.<br><br>MARTEK BIOSCIENCES CORP., et al.,<br><br>    Defendants. | CIVIL ACTION NO.<br><br>1:2009cv02623CCB |

## DECLARATION OF BILLIE SWOBODA

This Declaration of Billie Swoboda in Support of the Defendants' Motion to Enforce Order and to Dismiss Action for Lack of Service of Process is submitted in accordance with and pursuant to 28 U.S.C. § 1746.

I, Billie Swoboda, declare under the penalty of perjury that the following statements are true and correct. The facts stated in this declaration are known to me of my own personal knowledge.

1. I am an employee of The Corporation Trust Incorporated ("CT"), registered agent in Maryland for Martek Biosciences Corp.

2. On February 5, 2010, CT received by certified mail a letter and unsigned complaint in the above-captioned action. A copy of all papers included in the mailing to CT, as well as CT's Service of Process Transmittal sheet, are attached hereto as Exhibit A.

3. As indicated on CT's Service of Process Transmittal sheet, no summons was included in the package received by CT.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: February 25, 2010

*Billie Swoboda*
Billie Swoboda